UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS SERIO,

    Plaintiffs,

v.                                              Case No. 2:24-cv-00028-SPC-KCD

GREAT LAKES INSURANCE SE,

    Defendants.

_____

### GREGORIE DOLCE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

Gregorie Dolce, Esq., pursuant to Local Rules 2.01 and 2.02, hereby files this Motion to Withdraw as Counsel for Plaintiff, THOMAS SERIO ("Plaintiff"), and, in support thereof, states as follows:

1. The Complaint in this matter was filed in state court in the 20th Judicial Circuit in and for Lee County, Floridaon December 6, 2023.

2. The signature block of the Complaint listed Gregorie Dolce as a signing attorney.

3. On January 8, 2024, Defendant, GREAT LAKES INSURANCE SE, removed the matter to this Court.

4. On January 16, 2024, Tania Williams, Esq. filed a Notice of Appearance that included the lead counsel designation.

5. Tania Williams and the undersigned are attorneys within the same firm.

6. The undersigned is not admitted before this Court and never intended to continue as attorney of record once the Notice of Removal was filed.

7.      The withdrawal of the undersigned will not require a continuance of trial or affect the proceedings as Plaintiff will continue with Tania Williams as the attorney of record.

8.      Plaintiff has been notified of the withdrawal and consents.

## MEMORANDUM OF LAW IN SUPPORT

This Court should allow the withdrawal of Gregorie Dolce as counsel of record. Local Rule 2.01(a) requires "[m]embership or special admission in the Middle District" for a lawyer to practice before the Court. Local Rule 2.02 allows for withdrawal of an attorney upon leave of court so long as the client is notified or consents, and the motion includes a certification of notice to the client and the client's contact information if withdrawal will result in the client proceeding *pro se*.

Here, the undersigned is not admitted before the Court and the requirements for withdrawal have been met.

Wherefore, Gregorie Dolce, Esq., respectfully requests that this Court allow her to withdraw as counsel of record for Plaintiff and grant such other and further relief that this Court deems just and proper.

## CERTIFICATE OF NOTICE TO CLIENT

**I HEREBY CERTIFY** that Plaintiff, THOMAS SERIO, has been notified of this Motion to Withdraw and consents to same.

Respectfully submitted,

*/s/ Gregorie Dolce*
Gregorie Dolce, Esq.
Florida Bar No. 78139
**INSURANCE LITIGATION GROUP, P.A.**
1500 NE 162nd Street
Miami, FL 33162
(786) 529-0090 Office
Facsimile: (866) 239-9520

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this February 2nd, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record: **David B. Levin,** Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, DLevin@BakerDonelson.com; Desislava Docheva, ddocheva@bakerdonelson.com via electronic service and/or electronic mail.

                                        */s/ Gregorie Dolce*
                                        Gregorie Dolce, Esq.
                                        Florida Bar No. 78139